No opinion ever issued under this number 0-5023